# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| **Plaintiff,** | ) |
| vs. | ) CRIMINAL NO. 99-40094-GPM |
| MARY K. WADE, | ) |
| **Defendant.** | ) |

# AMENDED ORDER

**MURPHY, District Judge:**

This matter came before the Court on the motion of Ohio Casualty Insurance Company to revive the Judgment and Judgment Lien entered in this Court against Defendant Mary K. Wade on August 17, 2000. On April 3, 2008, this Court ordered Mary K. Wade to show cause why this Court should not grant Ohio Casualty Insurance Company's Motion for Revival of Judgment and Judgment Lien and to show cause why the Judgment in the above-captioned case should not be revived. All parties appeared at the show cause hearing held on April 14, 2008, and the Court found that the Judgment and Judgment Lien should be revived pursuant to 735 ILCS 5/2-1602.

It is therefore **ORDERED** that said Judgment stands revived against Defendant Mary K. Wade in the amount of $123,067.40, plus court costs. The lien likewise stands revived and continued against Defendant Mary K. Wade and her property as provided by law.

**IT IS SO ORDERED.**

DATED: 04/28/2008

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge